CO-386-online
10/03

# United States District Court
# For the District of Columbia

FRIENDS OF THE EARTH, a
non-profit organization,                    )
                                            )
                                            )
                                            )
                                Plaintiff    )        Civil Action No._____
                    vs                      )
                                            )
STEPHEN L. JOHNSON, in his official capacity )
as Administrator, U.S. Environmental Protection )
Agency                                      )
                                            )
                                Defendant    )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  FRIENDS OF THE EARTH         certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  FRIENDS OF THE EARTH         which have

any outstanding securities in the hands of the public:


None - FRIENDS OF THE EARTH operates under § 501(c)(3) of the Internal Revenue Code. It
has no parent corporation and, as it has no stock, no publicly held company owns 10% or more
of its stock.



These representations are made in order that judges of this court may determine the need for recusal.


                                        Attorney of Record

                                        _____
                                        Signature

439257 (DC BAR)                         Michael J. Robinson-Dorn
_____               _____
BAR IDENTIFICATION NO.                  Print Name

                                        University of Washington, PO Box 85110
                                        _____
                                        Address

                                        Seattle, WA 98145-1110
                                        _____
                                        City            State           Zip Code

                                        206.616.7729
                                        _____
                                        Phone Number