IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, in his official )<br>capacity as Administrator, U.S. )<br>Environmental Protection Agency )<br>)<br>Defendant. ) | C.A. No. 07-872 |

**NOTICE OF APPEARANCE**

Catherine M. Wannamaker hereby enters an appearance as counsel for Defendant Stephen L. Johnson in the above-entitled action. Ms. Wannamaker's addresses and telephone number are as follows::

**OVERNIGHT DELIVERY ONLY:**

Catherine M. Wannamaker
Trial Attorney
Environment and Natural Resources Division
Environmental Defense Section
601 D. Street, N.W. Suite 8000
Washington, D.C. 20004

**REGULAR MAIL ADDRESS ONLY:**

Catherine M. Wannamaker
Trial Attorney
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

**TELEPHONE/FACSIMILE NUMBERS**

Catherine M. Wannamaker
Telephone:   (202)514-9365
Facsimile:

    Court faxes only:   (202)353-7763
    Other faxes:   (202)514-8865

**E-MAIL ADDRESS**:

Catherine.Wannamaker@usdoj.gov

    Respectfully submitted,

    RONALD J. TENPAS
    Acting Assistant Attorney General


    _____/s/_____
    CATHERINE M. WANNAMAKER, Attorney
    U.S. Department of Justice
    Environment and Natural Resources Division
    Environmental Defense Section
    P.O. Box 23986
    Washington, D.C. 20026-3986
    Phone:   (202) 514-9365

    Attorney for Defendant Stephen L. Johnson


DATED:   July 26, 2007