IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, in his official )<br>capacity as Administrator, U.S. )<br>Environmental Protection Agency )<br>)<br>Defendant. ) | C.A. No. 07-872 |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

Defendant, the United States Environmental Protection Agency ("EPA") moves this Court for an extension of time – from July 30, 2007 to August 30, 2007 – in which to file and serve an answer or otherwise respond to Plaintiffs Complaint ("Complaint") for Declaratory and Injunctive Relief, filed on May 9, 2007 and served upon Government counsel on May 30, 2007. In support of this motion, EPA submits that:

1.  In its Complaint, Plaintiff alleges that EPA has failed to substantively respond to a rulemaking petition requesting that EPA take regulatory action to address pollution from cruise ships, and has thereby violated the Administrative Procedure Act ("APA"), 5 U.S.C. § 701 <u>et seq.</u>.

2.  Due to an August 3 discovery deadline in a large case assigned to undersigned counsel and overlapping leave schedules of governmental counsel, EPA anticipates that it will

need an additional thirty days – through August 30, 2007 – to file and serve an answer or otherwise respond to Plaintiff's Complaint.

3.  This additional time is necessary for EPA to adequately address the regulatory issues raised by Plaintiff's claims, and to prepare an appropriate response. Additionally, the proposed extension will allow the parties to continue ongoing discussions regarding whether this case may be resolved without litigation. Should these settlement discussions prove fruitful, they may obviate EPA's need to file an answer.

4.  EPA counsel has conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel does not oppose EPA's request.

WHEREFORE, EPA respectfully requests that the Court grant Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond.

RONALD J. TENPAS
Acting Assistant Attorney General

　　　　　/s/
CATHERINE M. WANNAMAKER, Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone:        (202) 514-9365

*Attorney for Defendant Stephen L. Johnson*


**OF COUNSEL**:

Steven J. Sweeney
U.S. Environmental Protection Agency
Office of General Counsel
Water Law Office (2355A)
1200 Pennsylvania Ave., NW

Case 1:07-cv-00872-JR    Document 4    Filed 07/27/2007    Page 3 of 4

Washington, D.C.   20460
(202)564-5491
(202)564-5491

DATED:        July 27, 2007

Case 1:07-cv-00872-JR    Document 4    Filed 07/27/2007    Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that, on July 27, 2007, a copy of this pleading was served upon the following counsel of record through the Court's electronic filing system and with a courtesy copy served via email:

Michael J. Robinson-Dorn
University of Washington School of Law
William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110
(206) 543-3434
Email: mjrd@u.washington.edu

*Counsel for Plaintiff Friends of the Earth*

                                                        /s/
                                        Catherine M. Wannamaker

DATED: July 27, 2007

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
FRIENDS OF THE EARTH                )
                                    )
    Plaintiff,                      )
                                    )    C.A. No. 07-872
    v.                              )
                                    )
STEPHEN L. JOHNSON, in his official )
capacity as Administrator, U.S.     )
Environmental Protection Agency     )
                                    )
    Defendant.                      )
_____)


**[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME
TO ANSWER OR OTHERWISE RESPOND**

This matter having come before the Court on the motion of EPA for an extension of time in which to answer the Complaint in this matter, and this Court having considered the motion and the bases therefore, the motion is granted. Therefore, it is

**ORDERED** that EPA's answer to the Complaint is to be filed on August 30, 2007


So Ordered.


                                                                                                                     _____
                                                                                                                     James Robertson
                                                                                                                     United States District Judge