IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, in his official )<br>capacity as Administrator, U.S. )<br>Environmental Protection Agency )<br>)<br>Defendant. )<br>) | C.A. No. 07-872 (JR) |

**ORDER EXTENDING DEFENDANT'S TIME
TO ANSWER OR OTHERWISE RESPOND**

This matter having come before the Court on the motion of EPA for an extension of time in which to answer the Complaint in this matter, and this Court having considered the motion and the bases therefore, the motion is granted. Therefore, it is

**ORDERED** that EPA's answer to the Complaint is to be filed on August 30, 2007

So Ordered.

Dated: 7/30/07

*[signature]*
James Robertson
United States District Judge