```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


FRIENDS OF THE EARTH,              :
                                   :
         Plaintiff,                :
                                   :
    v.                             :  Civil Action No. 07-0872 (JR)
                                   :
STEPHEN L. JOHNSON,                :
Administrator, U.S.                :
Encironmental Protection Agency,   :
                                   :
         Defendant.                :
```

### ORDER

Counsel are directed to meet and confer pursuant to LCvR 16.3 and, if possible, to present an agreed scheduling order within 30 days of the date of this order.  If agreement cannot be achieved, an initial scheduling conference will be held, in Chambers, on **October 4, 2007 at 4:30 p.m.**  It is **SO ORDERED.**


                                      JAMES ROBERTSON
                               United States District Judge