UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH,<br><br>        Plaintiff,<br><br>    v.<br><br>STEPHEN L. JOHNSON,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:07-00872<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR EXTENSION OF TIME**

      Plaintiff Friends of the Earth and Defendant Stephen L. Johnson jointly move for a two week extension of time -- until October 15, 2007 -- to provide the Court with a new proposed scheduling order. In support of this Joint Motion, the parties state as follows:

      1.      On May 9, 2007, Plaintiff Friends of the Earth filed its complaint alleging that Defendant Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), violated the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.* by failing to respond to an administrative petition requesting that EPA identify and take regulatory action on measures to address pollution by cruise ships.

      2.      Defendant filed its Answer to Plaintiff's complaint on August 29, 2007.

      3.      On August 30, 2007, the Court ordered the parties to meet and confer and to submit a scheduling order by September 30, 2007.

      4.      The parties have conferred, and jointly request an additional two weeks, until October 15, 2007, to submit a proposed scheduling order to the Court. The parties request this additional time so that they can continue working on a schedule that will allow the parties

sufficient time to continue productive settlement discussions that have begun and may resolve this case without the need for litigation.

WHEREFORE, for the above stated reasons, Friends of the Earth and Stephen L. Johnson, in his official capacity as Administrator of EPA, respectfully request that this Court grant the parties a two week extension of time to submit a new proposed case scheduling order to the Court. A proposed order is attached for the Court's convenience.

DATED: September 26, 2007

Respectfully submitted,

| FRIENDS OF THE EARTH | RONALD J. TENPAS<br>Acting Assistant Attorney General<br>Environment & Natural Resources Division |
|---|---|
| _____/s/_____<br>Michael J. Robinson-Dorn<br>Assistant Professor of Law & Director,<br>Kathy & Steve Berman Envt'l Law Clinic<br>University of Washington School of Law<br>William H. Gates Hall, Suite 265<br>P.O. Box 85110<br>Seattle, WA 98145-1110 | _____/s/_____<br>Catherine M. Wannamaker<br>Environmental & Natural Resources Division<br>Environmental Defense Section<br>United States Justice Department<br>P.O. Box 23986<br>Washington, DC 20026-3986 |
| *Attorney for Plaintiff Friends of the Earth.* | *Attorneys for Defendant Stephen L. Johnson* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2007, Defendant served a copy of the foregoing motion and proposed order, through the electronic filing system, and with a courtesy copy via email, on the following counsel:

Michael J. Robinson-Dorn
University of Washington School of Law
William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110
(206) 543-3434
Email: mjrd@u.washington.edu

*Counsel for Plaintiff Friends of the Earth*

                                                         /s/
                                        Catherine M. Wannamaker

DATED: September 26, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Friends of the Earth., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 07-00872 |
| ) | |
| Stephen L. Johnson, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of the Joint Motion for Extension of Time, it is this _____ day of

_____ 2007, hereby ORDERED that:

1. The parties' request for a two week extension of time is granted; and

2. The parties shall submit a new proposed case scheduling order to the Court by October 15, 2007.

SO ORDERED.

_____
United States District Judge