## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRIENDS OF THE EARTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:07-00872 |
| v. | ) | |
| | ) | |
| STEPHEN L. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### SECOND JOINT MOTION FOR EXTENSION OF TIME

Plaintiff Friends of the Earth and Defendant Stephen L. Johnson jointly move for a second extension of time to provide the Court with a new proposed scheduling order. In support of this Joint Motion, the parties state as follows:

1.      On May 9, 2007, Plaintiff Friends of the Earth filed its complaint alleging that Defendant Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), violated the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.* by failing to respond to an administrative petition requesting that EPA identify and take regulatory action on measures to address pollution by cruise ships.

2.      Defendant filed its Answer to Plaintiff's complaint on August 29, 2007.

3.      On August 30, 2007, the Court ordered the parties to meet and confer and to submit a scheduling order by September 30, 2007.

4.      The parties conferred and initially requested an extension of fifteen days, until October 15, 2007, to submit a proposed scheduling order.

5.      Since the first request for an extension, the parties have diligently pursued settlement discussions in an ongoing attempt to resolve this matter without the need for litigation.  Specifically, the parties engaged in settlement discussions on October 1st and were scheduled to engage in a second discussion on October 12th.  Due to scheduling conflicts of counsel and clients, the parties' second settlement discussion had to be postponed until October 15th.  After this most recent discussion, the parties are reviewing each others' proposals with their respective clients and will know whether a settlement in principle is possible by Friday, October 19th.  Accordingly, the parties respectfully request an additional week – through October 22, 2005 – to inform the Court that they have reached a settlement in principle, or, in the event that negotiations fail, to file a briefing schedule.

WHEREFORE, for the above stated reasons, Friends of the Earth and Stephen L. Johnson, in his official capacity as Administrator of EPA, respectfully request that this Court grant the parties a one week extension of time to submit a new proposed case scheduling order to the Court.  A proposed order is attached for the Court's convenience.


DATED:  October 15, 2007

Respectfully submitted,


FRIENDS OF THE EARTH                    RONALD J. TENPAS
                                        Acting Assistant Attorney General
                                        Environment & Natural Resources Division

      _____/s/_____
Michael J. Robinson-Dorn                      _____/s/_____
Assistant Professor of Law & Director,  Catherine M. Wannamaker
Kathy & Steve Berman Envt'l Law Clinic  Environmental & Natural Resources Division
University of Washington School of Law   Environmental Defense Section
William H. Gates Hall, Suite 265        United States Justice Department
P.O. Box 85110                          P.O. Box 23986
Seattle, WA 98145-1110                  Washington, DC 20026-3986

*Attorney for Plaintiff Friends of the Earth.*     *Attorneys for Defendant Stephen L. Johnson*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 15, 2007, Defendant served a copy of the foregoing

motion and proposed order, through the electronic filing system, and with a courtesy copy via

email, on the following counsel:


Michael J. Robinson-Dorn
University of Washington School of Law
William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110
(206) 543-3434
Email: mjrd@u.washington.edu

*Counsel for Plaintiff Friends of the Earth*


                                            */s/*
                                   Catherine M. Wannamaker

DATED: October 15, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Friends of the Earth, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. No. 07-00872 |
| | ) | |
| Stephen L. Johnson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>ORDER</u>**

Upon consideration of the Joint Motion for Extension of Time, it is this _____day

of _____ 2007, hereby ORDERED that:

1.      The parties request for a one week extension of time is granted; and

2.      The parties shall submit a new proposed case scheduling order to the

Court by October 22, 2007.

SO ORDERED.

_____
United States District Judge