**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF THE EARTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:07-00872 (JR) |
| v. ) | |
| ) | |
| STEPHEN L. JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PARTIES' AGREED SCHEDULING ORDER

Plaintiff Friends of the Earth and Defendant Stephen L. Johnson jointly submit the

following report and Agreed Scheduling Order.  On October 22, 2007, the Court held an initial

status conference at which counsel for each of the Parties indicated that they had reached a

settlement in principle.  The Court set November 22, 2007, for submission of a notice of

voluntary dismissal of the matter.  Because the Parties continue to negotiate but have not yet

settled this case, they have met and conferred about the scheduling of pretrial matters and

respectfully submit this Agreed Scheduling Order.  The Parties agree that this matter is likely to

be disposed of on summary judgment.

### PROCEDURAL BACKGROUND AND NATURE OF PLAINTIFF'S CLAIMS

1.     On May 9, 2007,  Plaintiff Friends of the Earth filed its Complaint alleging that

Defendant Stephen L. Johnson, in his official capacity as Administrator of the United States

Environmental Protection Agency ("EPA"), violated the Administrative Procedure Act, 5 U.S.C.

§ 500 *et seq.* by failing to respond to an administrative petition requesting that EPA identify and

take regulatory action on measures to address pollution by cruise ships.

2.      Defendant filed its Answer to Plaintiff's Complaint on August 29, 2007.

3.      On August 30, 2007, the Court ordered the Parties to meet and confer and to submit a scheduling order by September 30, 2007.

4.      The Parties conferred and initially requested an extension of fifteen days, until October 15, 2007, to submit a proposed scheduling order.

5.      Since the first request for an extension, the Parties have diligently pursued settlement discussions in an ongoing attempt to resolve this matter without the need for litigation.  Specifically, the Parties engaged in extended settlement discussions on October 1st and  again on October 15th.  On October 22nd the Court held an initial status conference with the parties and set a November 22, 2007 deadline for submission for dismissal or an Agreed Scheduling Order.  Thereafter, the Parties have continued to negotiate in an effort to resolve this matter.   Currently, the  Parties are reviewing each others' proposals with their respective clients.

6.      Accordingly, Friends of the Earth and Stephen L. Johnson, in his official capacity as Administrator of EPA, respectfully submit the following Agreed Scheduling Order.   Pursuant to this Order, the Parties agree that:

a.  Defendant will file and provide the Administrative Record by January 9, 2008;

b.  Plaintiff will have 15 business days to identify deficiencies they contend exist in the Administrative Record and to challenge the completeness of the Administrative Record.  Plaintiff has indicated that it may seek additional discovery.  Defendant has indicated that the EPA will oppose any such request;

c. EPA will have 7 business days to respond to Plaintiff's contentions concerning the Administrative Record;

d. No later than March 10, 2008, Plaintiff will file its Motion for Summary Judgment;

e. EPA will have 45 days to file its Response and a Cross Motion for Summary Judgment;

f. Plaintiffs will have 30 days to file its Reply in Support and Response to Defendant EPA's Cross Motion for Summary Judgment.

8. A proposed order is attached for the Court's convenience.


DATED:  November  21, 2007

Respectfully submitted,


FRIENDS OF THE EARTH                         RONALD J. TENPAS
                                             Acting Assistant Attorney General
                                             Environment & Natural Resources Division

    /s/
Michael J. Robinson-Dorn                            /s/
Assistant Professor of Law & Director,       Catherine M. Wannamaker
Kathy & Steve Berman Envt'l Law Clinic       Environmental & Natural Resources Division
University of Washington School of Law       Environmental Defense Section
William H. Gates Hall, Suite 265             United States Justice Department
P.O. Box 85110                               P.O. Box 23986
Seattle, WA 98145-1110                       Washington, DC 20026-3986


*Attorney for Plaintiff Friends of the Earth.*    *Attorneys for Defendant Stephen L. Johnson*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Friends of the Earth., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. No. 07-00872 (JR) |
| | ) | |
| Stephen L. Johnson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of the Parties' Agreed Scheduling Order , it is this _____day of

_____ 2007, hereby ORDERED that:

1.      EPA  will file and provide the Administrative Record in this case by January 9,

2008.

2.      Plaintiff will have 15 business days to identify deficiencies they contend exist in

the Administrative Record and to challenge the completeness of the Administrative Record.

Plaintiff has indicated that it may seek additional discovery.  Defendant has indicated that the

EPA will oppose any such request.

3.      EPA will have 7 business days to respond to Plaintiff's contentions concerning

the Administrative Record.

4..      No later than March 10, 2008, Plaintiff will file its Motion for Summary

Judgment.

5.      EPA will have 45 days to file its Response and a Cross Motion for Summary

Judgment.

- 2 -

    6.     Plaintiffs will have 30 days to file its Reply in Support and Response to Defendant EPA's Cross Motion for Summary Judgment.

    SO ORDERED.

                                  _____

                                  United States District Judge

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 21, 2007, Plaintiff served a copy of the foregoing

Agreed Scheduling Order and proposed Order, through the electronic filing system, and with a

courtesy copy via email, on the following counsel:


Catherine M. Wannamaker
Environmental & Natural Resources Division
Environmental Defense Section
United States Justice Department
P.O. Box 23986
Washington, DC 20026-3986
Email:

*Counsel for Defendant Stephen L Johnson*


                                        _____/s/_____
                                        Michael Robinson-Dorn


DATED: November 21, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Friends of the Earth., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. No. 07-00872 (JR) |
| | ) | |
| Stephen L. Johnson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of the Parties' Agreed Scheduling Order , it is this _____day of

_____ 2007, hereby ORDERED that:

1.      EPA  will file and provide the Administrative Record in this case by January 9,

2008.

2.      Plaintiff will have 15 business days to identify deficiencies they contend exist in

the Administrative Record and to challenge the completeness of the Administrative Record.

Plaintiff has indicated that it may seek additional discovery.  Defendant has indicated that the

EPA will oppose any such request.

3.      EPA will have 7 business days to respond to Plaintiff's contentions concerning

the Administrative Record.

4..      No later than March 10, 2008, Plaintiff will file its Motion for Summary

Judgment.

5.      EPA will have 45 days to file its Response and a Cross Motion for Summary

Judgment.

-2-

   6.  Plaintiffs will have 30 days to file its Reply in Support and Response to Defendant EPA's Cross Motion for Summary Judgment.

   SO ORDERED.

<br>

                   _____

                   United States District Judge