IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. JOHNSON, in his official )<br>capacity as Administrator, U.S. )<br>Environmental Protection Agency )<br>)<br>Defendant. )<br>) | C.A. No. 07-872 |

**DEFENDANT'S UNOPPOSED MOTION FOR AN
EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD**

Defendant Steven L. Johnson, Administrator of the United States Environmental Protection Agency ("EPA"), hereby respectfully moves for a 14-day extension of its time to file the adminstrative record, until January 23, 2008.

In this litigation, Plaintiff Friends of the Earth ("FOE") seeks review under the Adminstrative Procedure Act of EPA's alleged failure to respond to a petition for administrative action concerning the regulation of waste discharged from cruise ships. The deadline for EPA to submit the administrative record in this case is January 9, 2008, pursuant to the Agreed Scheduling Order approved by the Court on November 26, 2007.

EPA and FOE have negotiated the language of a settlement agreement that, if approved by all parties, will result in settlement of the litigation. The language of the proposed settlement agreement has been approved by several of the necessary components of the government, but must still be approved by the Office of the Assistant Attorney General of the Environmental and

Natural Resources Division within the Department of Justice. That review process has begun, but has not yet concluded. EPA believes that an extension of fourteen (14) days, until January 23, 2008, will provide sufficient time to complete the necessary review process within the Department of Justice.

The proposed extension is in the interest of justice and will not prejudice any party. The undersigned counsel has conferred with counsel for FOE, who represents that FOE does not oppose this Motion.

For the foregoing reasons, EPA respectfully requests that the Court grant an extension of 14 days, until January 23, 2008, for the filing of the administrative record in this case.

>Respectfully submitted,
>
>RONALD J. TENPAS
>Acting Assistant Attorney General
>Environment & Natural Resources Division
>
>_____/s/_____
>DAVID GUNTER
>Environmental Defense Section
>United States Department of Justice
>P.O. Box 23986
>Washington, DC 20026-3986
>(202) 514-3785 (phone)
>(202) 514-8865 (fax)
>David.Gunter2@usdoj.gov

**OF COUNSEL**:
Stephen J. Sweeney
U.S. Environmental Protection Agency
Office of General Counsel
Water Law Office (2355A)
1200 Pennsylvania Ave., NW
Washington, D.C.   20460

Dated:          January 9, 2008

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDS OF THE EARTH, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN L. JOHNSON, in his official capacity as Administrator, U.S. Environmental Protection Agency <br><br> Defendant. | C.A. No. 07-872 |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME
TO FILE THE ADMINISTRATIVE RECORD**

Upon consideration of Defendant's Motion for an Extension of Time to File the Administrative Record, and upon the representation of counsel that the Motion is unopposed, and finding that good cause exists to grant the Motion:

Defendant's Motion for an Extension of Time to File the Administrative Record is hereby GRANTED, and EPA is ORDERED to file the administrative record in this case on or before January 23, 2008.

SO ORDERED.

_____
Hon. James Robertson
United States District Judge

Dated: _____, 2007

# CERTIFICATE OF SERVICE

I hereby certify that, on January 9, 2008, a copy of this pleading was served upon the following counsel of record through the Court's electronic filing system:

Michael J. Robinson-Dorn
University of Washington School of Law
William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110
(206) 543-3434
Email: mjrd@u.washington.edu

*Counsel for Plaintiff Friends of the Earth*

                                            /s/
                                    David Gunter

DATED: January 9, 2008