**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRIENDS OF THE EARTH,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN L. JOHNSON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:07-00872<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Friends of the Earth ("FOE") respectfully moves to dismiss this matter without prejudice. In support of this Motion FOE, through undersigned counsel, states as follows:

1. On May 9, 2007, FOE filed its Complaint alleging that Defendant Stephen L. Johnson, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), violated the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.* by failing to respond to FOE's administrative petition requesting that EPA identify and take regulatory action on measures to address cruise ship discharges.

2. Defendant filed its Answer to Plaintiff's Complaint on August 29, 2007.

3. Consistent with the Parties' communications with the Court, the Parties diligently pursued settlement discussions and have recently reached a settlement of this matter.

4. Consistent with the Parties' settlement agreement, FOE voluntarily dismisses its Complaint in this case, *Friends of the Earth v. Johnson*, CV-07-872 (D.D.C.). The Parties agree that this dismissal shall be without prejudice.

5. Counsel for Defendant has represented that Defendant has no objection to this Motion.

-2-

For the above stated reasons, FOE respectfully requests that this Court grant this Motion to voluntarily dismiss this action without prejudice. A Proposed Order is filed herewith.

DATED: January 23, 2008

        Respectfully submitted,

        /s/
Michael J. Robinson-Dorn
DC BAR No. 439257
Assistant Professor of Law & Director,
Kathy & Steve Berman Envt'l Law Clinic
University of Washington School of Law
William H. Gates Hall, Suite 265
P.O. Box 85110
Seattle, WA 98145-1110

*Attorney for Plaintiff Friends of the Earth*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2008, a copy of the foregoing Motion and Proposed Order upon the following counsel of record through the Court's electronic filing system, and with a courtesy copy via email, on the following counsel:

DAVID GUNTER
Environmental & Natural Resource Division
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3785
David.Gunter2@usdoj.gov

                                                                 /s/
                                              Michael Robinson-Dorn
                                              DC BAR NO. 439257

DATED: January 23, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Friends of the Earth., | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) )   C.A. No. 07-00872 |
| Stephen L. Johnson, | ) ) ) |
|       Defendant. | ) ) |

**<u>ORDER</u>**

Upon consideration of Plaintiff's Motion for Voluntary Dismissal Without Prejudice, and for the reasons stated therein, it is this _____ day of _____ 2008, hereby ORDERED that:

1.    Plaintiff's Motion for dismissal of the case without prejudice is GRANTED.

SO ORDERED.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2008, a copy of the foregoing Motion and Proposed Order upon the following counsel of record through the Court's electronic filing system, and with a courtesy copy via email, on the following counsel:

DAVID GUNTER
Environmental & Natural Resource Division
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3785
David.Gunter2@usdoj.gov

                                                                                  /s/
                                                                         Michael Robinson-Dorn
                                                                         DC BAR NO. 439257

DATED: January 23, 2008